**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CARMEN ENTERPRISES, INC., F/D/B/A : No. 498 MAL 2018
CRUISE HOLIDAYS OF NORRISTOWN & :
BYEBYENOW.COM TRAVEL STORE, :
                                           : Petition for Allowance of Appeal from
             Petitioner : the Order of the Superior Court
                                             :
                                             :
                v. :
                                             :
                                             :
MURPENTER, LLC, D/B/A UNIGLOBE :
WINGS TRAVEL, :
                                             :
            Respondent :

**ORDER**

**PER CURIAM**

**AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application For Leave to File a Reply to Murpenter's Answer to Carmen's P.A.A. is **DENIED**, and Petitioner's Application For Relief Regarding Defamatory Statement in Superior Court Precedential Opinion Which the Superior Court Refused to Correct In An Order Denying An Application For Relief Presented In That Court is **DENIED**.